> Application denied without prejudice for failure to comply with the Court's Individual Rules.
>
> SO ORDERED,
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 30, 2024

**Office of the New York State Attorney General**                                    James
                                                                                     eneral

**By ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 530
White Plains, New York 10601-4150

    Re:    *Hobes v. Rodriguez, et al.*, No. 24 Civ. 2484 (PMH)

Dear Judge Halpern:

    I am an Assistant Attorney General in the Office of the New York State Attorney General ("OAG"). OAG currently represents Defendants Anthony Rodriguez, Kevin Fierro, Anthony Stuetzle, Glennis Nelson, Raymond Latourette, Edward Burnett, Joseph Bianchi, and Jordano Rivera-Padilla in the above referenced case. As indicated in Defendants' motion dated December 19, 2024, it has been determined that it would be inappropriate for OAG to continue to represent Defendant Rivera-Padilla in this case and he has been certified for representation by private counsel at State expense. In anticipation of filing a formal Motion to Withdraw as Counsel this coming Monday, December 30, 2024, I write, pursuant to Section 5(B) of Your Honor's Individual Rules and the Southern District of New York's Sealed Records Filing Instructions, to respectfully request leave to file certain documents under seal.

    Specifically, the undersigned seeks to file under seal a Declaration and its annexed exhibits, which will be offered in support of the OAG's Motion to Withdraw as Counsel for Defendant Jordano Rivera-Padilla. The basis for this request is that the documents at issue contain Attorney Work Product and information protected by the Attorney-Client Privilege.

    We thank the Court for its attention to this matter.

                                     Respectfully submitted,

                             /s/  Maurice K. Nwikpo-Oppong

                                 MAURICE NWIKPO-OPPONG
                                 Assistant Attorney General
                                 (212) 416-6097
                                 Maurice.Nwikpo-Oppong@ag.ny.gov

Hon. Philip M. Halpern  Page 2 of 2
December 28, 2024

CC:    Joshua Hobes, DIN: 19-B-2901
       Coxsackie Correction Facility
       P.O. Box 999
       Coxsackie, New York 12051-0999
       (via USPS First Class Mail)

       And to:

       Joshua Hobes, DIN: 19-B-2901
       Sing Sing Correction Facility
       354 Hunter Street
       Ossining, NY 10562-5442
       (via USPS First Class Mail)