**Office of the New York State Attorney General**

> Application granted. The Clerk of Court is respectfully directed to seal Doc. 46, Doc. 46-1, Doc. 46-2, and Doc. 46-3, permitting access only by the Court.
>
> The Clerk of Court is further respectfully directed to terminate the motion sequence pending at Doc. 43
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         January 3, 2025

**By ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street, Chambers 530
White Plains, New York 10601-4150

    Re:    *Hobes v. Rodriguez, et al.*, No. 24 Civ. 2484 (PMH)

Dear Judge Halpern:

    I am an Assistant Attorney General in the Office of the New York State Attorney General ("OAG"). OAG currently represents Defendants Anthony Rodriguez, Kevin Fierro, Anthony Stuetzle, Glennis Nelson, Raymond Latourette, Edward Burnett, Joseph Bianchi, and Jordano Rivera-Padilla in the above referenced case. As indicated in Defendants' motion dated December 19, 2024, it has been determined that it would be inappropriate for OAG to continue to represent Defendant Rivera-Padilla in this case and he has been certified for representation by private counsel at State expense. In anticipation of filing a formal Motion to Withdraw as Counsel on Monday, December 30, 2024, I write, pursuant to Section 5(B) of Your Honor's Individual Rules and the Southern District of New York's Sealed Records Filing Instructions, to respectfully request leave to file certain documents under seal.

    Specifically, the undersigned seeks to file under seal a Declaration and its annexed exhibits, which will be offered in support of the OAG's Motion to Withdraw as Counsel for Defendant Jordano Rivera-Padilla. The basis for this request is that the documents at issue contain Attorney Work Product and information protected by the Attorney-Client Privilege.

    We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Maurice K. Nwikpo-Oppong

MAURICE NWIKPO-OPPONG
Assistant Attorney General
(212) 416-6097
Maurice.Nwikpo-Oppong@ag.ny.gov

Hon. Philip M. Halpern  Page 2 of 2
December 30, 2024

CC:  Joshua Hobes, DIN: 19-B-2901
Coxsackie Correction Facility
P.O. Box 999
Coxsackie, New York 12051-0999
(via USPS First Class Mail)

And to:

Joshua Hobes, DIN: 19-B-2901
Sing Sing Correction Facility
354 Hunter Street
Ossining, NY 10562-5442
(via USPS First Class Mail)



**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

# AFFIRMATION OF SERVICE

Maurice Nwikpo-Oppong, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

I am over 18 years of age and not a party to this action. On December 30, 2024, I caused to be served the <u>foregoing December 30, 2024 dated Second Letter-Motion to Hon. Philip M. Halpern re Defendants' Request to File a Declaration and its annexed exhibits under Seal</u>, upon:

Joshua Hobes, DIN: 19-B-2901
Coxsackie Correction Facility
P.O. Box 999
Coxsackie, New York 12051-0999

And to:

Joshua Hobes, DIN: 19-B-2901
Sing Sing Correction Facility
354 Hunter Street
Ossining, NY 10562-5442

plaintiff *pro se*, by mailing a true copy of the attached papers, enclosed and properly sealed in a postpaid envelope, which was deposited in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York addressed to the above-noted address designated by plaintiff for that purpose.

By: /s/ *Maurice Nwikpo-Oppong*
　　　Maurice Nwikpo-Oppong
　　　Assistant Attorney General

Litigation Bureau | 28 Liberty Street, New York NY 10005
212-416-8610 | ag.ny.gov