UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA HOBES,

                Plaintiff,

        -against-

A. RODRIGUEZ, et al.,

                Defendants.

**ORDER**

24-CV-02484 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on April 1, 2024. (Doc. 1). Defendants Burnett, Rodriguez, and Fierro's ("Moving Defendants") request for permission to move to dismiss Plaintiff's Complaint was granted on January 8, 2025, and the Court entered a briefing schedule. (Doc. 51). On February 7, 2025, the Moving Defendants filed their motion to dismiss. (Doc. 56). On February 21, 2025, the Court granted Plaintiff's request to extend his date to oppose the motion to dismiss to May 9, 2025. (Doc. 59). To date, Plaintiff has not filed an opposition to the motion or sought an additional extension of time to file an opposition brief.

    Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss until June 20, 2025. The Moving Defendants' reply, if any, is due July 7, 2025.

    **If Plaintiff fails to file his opposition by June 20, 2025 the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

    The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

                                      **SO ORDERED**.

Dated:  White Plains, New York
           May 21, 2025

                                      _____
                                      PHILIP M. HALPERN
                                      United States District Judge