UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA HOBES,<br><br>                    Plaintiff,<br><br>         -against-<br><br>A. RODRIGUEZ, et al.,<br><br>                    Defendants. | **ORDER**<br><br>24-CV-02484 (PMH) |

PHILIP M. HALPERN, United States District Judge:

An Initial Pre-Trial Conference was held today. Counsel for all Defendants, as well as *pro se* Plaintiff, appeared by telephone. As discussed during the conference, Defendants are directed to review Plaintiff's proposed amended complaint (Doc. 73) and inform the Court via a joint letter on behalf of all Defendants, by September 2, 2025, whether they oppose the proposed amendment. Plaintiff may respond to Defendants' joint letter by September 16, 2025.

The Clerk of Court is respectfully instructed to mail a copy of this Order to Plaintiff.

**SO ORDERED**.

Dated:   White Plains, New York
         August 26, 2025

_____
PHILIP M. HALPERN
United States District Judge