UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA HOBES,

                       Plaintiff,

                -against-

A. RODRIGUEZ, et al.,

                      Defendants.

**ORDER**

24-CV-02484 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 8, 2025, Plaintiff filed a "First Set of Requests for Production" (Doc. 89). The Court does not permit the parties to file discovery materials on the docket.

Accordingly, the Court respectfully directs the Clerk of Court to strike the discovery demands docketed on October 8, 2025 (Doc. 89) from the docket but retain the summary docket text for the record.

Dated: White Plains, New York
         October 14, 2025

                                                  Philip M. Halpern
                                                  United States District Judge