October 21, 2025

RECEIVED NOV 07 2025 PRO SE OFFICE

Case No. 24-CV-02484(PMH)

Dear Mr. Halpern,

On August 26, 2025 Initial Conference Call you advised of my [...] Intake unit to find [...] got no response. I've [...] possible in trying to [...] the Defendants w[...] with drafting the proper paperwork to be forwarded to all parties. This facility has not been of much help with law library request such as notarys and copies. I am a pro se litigant with very little resorces and I am impaired when the little resorces I do have are not in compliance. I respectfully ask that you assign counsel to assist me in this matter, Please and thank you!

Truly,
Joshua Hobes
Joshua Hobes
Pro-se Plaintiff.

---

The Court previously denied two applications by Plaintiff for the appointment of counsel. (See Docs. 11, 62). Plaintiff's pending applications for the Court to appoint him counsel (Docs. 86, 96) are likewise denied without prejudice to renewal later in the case. Plaintiff can contact the Pro Se Intake Unit at (212) 805-0175 for procedural assistance with his case.

The Clerk of Court is respectfully directed to terminate the application pending at Doc. 86.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 12, 2025





NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Joshua Hobes   DIN: 19-B-2901

RECEIVED
NOV 07 2025
PRO SE OFFICE

Printed On Recycled Paper