# CD&M  Conway, Donovan & Manley, PLLC
### ATTORNEYS AND COUNSELORS AT LAW

MICHAEL C. CONWAY
RYAN T. DONOVAN*
RYAN E. MANLEY

December 17, 202─

**VIA ECF**

Hon. Philip M. Halpern
United Stated District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted in part. The Court grants a 45-day extension of all discovery deadlines. A revised Civil Case Discovery Plan and Scheduling Order will be separately docketed.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 100.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           December 23, 2025

Re:  Hobes v. Rodriguez, et al.
      **Southern District of New York**
      **7:24-CV-02484-PMH**

Dear Judge Halpern:

This firm represents Defendant Jordano Rivera-Padilla in the above-captioned matter.

Pursuant to the Civil Case Discovery Plan and Scheduling Order, all fact depositions are to be complete by December 24, 2025. On September 9, 2025, our office served Defendant Rivera-Padilla's First Set of Interrogatories and First Set of Document Demands upon Pro Se Plaintiff. However, our office has not received any responses from Pro Se Plaintiff in order to move forward with fact depositions.

On November 10, 2025, our office served a Good-Faith Letter on Pro Se Plaintiff with regard to Pro Se Plaintiff's outstanding responses to Defendant's discovery demands. On December 17, 2025, our office served a Second Good-Faith Letter on Pro Se Plaintiff. As of the date of this letter, our office has not received any response to Defendant's discovery demands.

In view of the above, we respectfully request a sixty-day (60) extension on all deadlines to complete depositions in this matter.

Thank you.

Respectfully Submitted,

**CONWAY, DONOVAN & MANLEY, PLLC**

*Ryan T. Donovan*

Ryan T. Donovan
RDonovan@lawcdm.com

RTD:phb
cc.:  All counsel of record via ECF
      Joshua Hobes (via first-class mail)

50 State Street ▫ Second Floor ▫ Albany, NY 12207